IN THE MATTER OF A RESOLUTION OF THE STATE
COMMISSION OF INVESTIGATION ADOPTED JUNE
4, 1982, AND PROCEEDINGS THEREON.

February 2, 1987.

Leave to appeal granted; and it is further

ORDERED that the motion for impoundment of the papers is granted.

STATE OF NEW JERSEY v. RAYMOND B. GRICE.

February 6; 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. ALBERT CROWLEY.

February 6, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT LEBECK.

February 6, 1987.

Petition for certification denied.